UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTINA ANTOINETTE DE TRUFF,

                Plaintiff,

-against-

117 WEST 141 DE LLC; 117 WEST 141LLC; CHAIM SIMKOWITZ; ELEANOR PATRICK,

                Defendants.

24-CV-7910 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff proceeds in this matter *pro se* and *in forma pauperis* ("IFP"). By order dated December 29, 2024, the Court dismissed Plaintiff's complaint, with 30 days' leave to replead her claims in an amended complaint. (ECF 7.)

      On January 28, 2025, Plaintiff filed a letter requesting an extension of time to file an amended complaint. (ECF 8.) The Court grants Plaintiff request for an extension of time. Plaintiff must file an amended complaint within 45 days of the date of this order. If Plaintiff fails to file an amended complaint within the prescribed time, and cannot show good cause to excuse such failure, the Court will enter civil judgment for the reasons stated in its December 29, 2024 order.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

*Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 7, 2025
             New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge