UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTINA ANTOINETTE de TRUFF,

Plaintiff,

-against-

117 WEST 141 DE LLC; 117 WEST 141LLC; CHAIM SIMKOWITZ; ELEANOR PATRICK,

Defendants.

24-CV-7910 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 29, 2024, the Court dismissed Plaintiff's complaint for failure to state a claim, and granted her 30 days' leave to replead her claims in an amended complaint. (ECF 7.) On January 28, 2025, Plaintiff requested an extension of time to comply with that order. (ECF 8.) On February 10, 2025, the Court granted Plaintiff an additional 45 days to file an amended complaint. (ECF 9.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed, for the reasons set forth in the January 28, 2025 order, under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment dismissing this case.

SO ORDERED.

Dated: May 14, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge