UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA ANTOINETTE DE TRUFF,<br><br>                      Plaintiff,<br><br>-against-<br><br>117 WEST 141 DE LLC; 117 WEST 141LLC; CHAIM SIMKOWITZ; ELEANOR PATRICK,<br><br>                      Defendants. | 24cv7910 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 14, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 16, 2025
              New York, New York

                                            /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge